**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| KOJICAST, LLC, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:19-cv-0132-WCB |
| v. | : | |
| | : | |
| FUNIMATION PRODUCTIONS, LLC, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |
| | x | |

**<u>ORDER</u>**

Before the Court is Kojicast LLC's Motion to Strike Defendant's P.R. 3-3 Invalidity Contentions. Finding Plaintiff Kojicast's position well-taken, the Court hereby ORDERS Funimation's P.R. 3-3 Invalidity Contentions stricken.

Dated:  September 12, 2019

/s/Ryan S. Loveless
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com

**Attorneys for Plaintiff**
**Kojicast, LLC**

Respectfully submitted,

/s/ Jonathan A. David
Gregory S. Gewirtz
Jonathan A. David
LERNER DAVID LITTENBERG
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel: 908-518-6343
Fax: 908-654-7866
ggewirtz@lernerdavid.com
jdavid@lernerdavid.com
litigation@lernerdavid.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

**Attorneys for Defendant**
**Funimation Productions, LLC**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on September 12, 2019.

/s/ Ryan S. Loveless
Ryan S. Loveless