**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KOJICAST, LLC, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 2:19-cv-0132-WCB |
| v. | : | |
| | : | |
| FUNIMATION PRODUCTIONS, LLC, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |
| | x | |

## <u>ORDER</u>

Before the Court is Kojicast LLC's Motion to Strike Defendant's P.R. 3-3 Invalidity Contentions. Finding Plaintiff Kojicast's position well-taken, the Court hereby ORDERS Funimation's P.R. 3-3 Invalidity Contentions stricken.

Dated:  September 12, 2019                    Respectfully submitted,

/s/Ryan S. Loveless                          /s/ Jonathan A. David
James L. Etheridge                           Gregory S. Gewirtz
Texas State Bar No. 24059147                 Jonathan A. David
Ryan S. Loveless                             LERNER DAVID LITTENBERG
Texas State Bar No. 24036997                 KRUMHOLZ & MENTLIK, LLP
ETHERIDGE LAW GROUP, PLLC                     600 South Avenue West
2600 E. Southlake Blvd., Suite 120 / 324     Westfield, NJ 07090
Southlake, Texas 76092                       Tel: 908-518-6343
Telephone: (817) 470-7249                    Fax: 908-654-7866
Facsimile: (817) 887-5950                    ggewirtz@lernerdavid.com
Jim@EtheridgeLaw.com                         jdavid@lernerdavid.com
Ryan@EtheridgeLaw.com                        litigation@lernerdavid.com

*Attorneys for Plaintiff*                    Melissa R. Smith
*Kojicast, LLC*                              Texas State Bar No. 24001351
                                             GILLAM & SMITH LLP
                                             303 S. Washington Avenue
                                             Marshall, TX 75670
                                             Telephone: (903) 934-8450
                                             Facsimile: (903) 934-9257
                                             melissa@gillamsmithlaw.com

                                             *Attorneys for Defendant*
                                             *Funimation Productions, LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the

Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil

Procedure on September 12, 2019.

                                             /s/ Ryan S. Loveless
                                             Ryan S. Loveless

2