**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KOJICAST, LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 2:19-cv-00132-WCB |
| FUNIMATION PRODUCTIONS, LLC, | § § § | |
| Defendant. | § | |

## ORDER

On September 24, 2019, plaintiff Kojicast LLC filed a Motion to Strike Defendant's P.R. 3-3 Invalidity Contentions.  Dkt. No. 32.  It appears that the exhibits referred to in the body of the motion were not attached to the motion as filed.  Plaintiff is directed to file a corrected version of the motion, with the exhibits attached, by the close of business on Friday, September 27, 2019. The exhibits should include the full text of the invalidity contentions that were served on the plaintiff by the defendant.

IT IS SO ORDERED.

SIGNED this 26th day of September, 2019.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE