IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| KOJICAST, LLC | § | |
| --- | --- | --- |
| | § | |
| V. | § | CIVIL ACTION NO. 2:19-CV-00132 |
| | § | |
| FUNIMATION PRODUCTIONS, LLC | § | |

## **MEDIATOR'S REPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

IN accordance with the Court's Order, a mediation conference was held on September 20, 2019. The conference resulted in impasse. All parties and counsel were present.

SIGNED this 27th day of September, 2019.

/s/ *Kip Glasscock*
Mediator Kip Glasscock