# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KOJICAST, LLC, | : |
| | : |
| Plaintiff, | :  Civil Action No. 2:19-cv-00132-WCB |
| v. | : |
| | : |
| FUNIMATION PRODUCTIONS, LLC, | : |
| | : |
| Defendant. | : |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Kojicast, LLC and Defendant Funimation Productions, LLC hereby notify the Court that they have settled, in principle, the claims between them. Accordingly, the parties jointly move the Court to stay any and all deadlines pending in this matter for thirty (30) days, to allow the parties to finalize the settlement and submit dismissal papers to the Court.

Dated: October 17, 2019

*/s/ James L. Etheridge*
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com

*Attorneys for Plaintiff*
*Kojicast, LLC*

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Gregory S. Gewirtz
Jonathan A. David
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090 1497
Tel: (908) 654-5000 | Fax: (908) 654-7866
ggewirtz@lernerdavid.com
jdavid@lernerdavid.com
litigation@lernerdavid.com

*Attorneys for Defendant*
*Funimation Productions, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 17th day of October, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith
